UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619

In Re: James & Terry Fistori

**Order Filed on March 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-31521

Adv. No.

Hearing Date: 1/11/17; 2/22/17

Judge: (ABA)

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED.**

**DATED: March 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No. 16-31521
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Quigley & Fayette, LLC, the applicant, is allowed a

fee of $500.00 for services rendered and expenses in the amount of $0.00 for a total of $500.00.

The allowance shall be payable:

    __XX__        Through the Chapter 13 plan as an administrative priority

    _____        Outside the plan

Debtors plan originally confirmed at $505.00 x 56 months. . With additional fee application,

$515.00 x 56 months.