UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

In Re:
    James A. Fistori & Terry A. Fistori,

Debtors.



**Order Filed on April 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-31521-ABA

Adv. No.:

Hearing Date: n/a

Judge: Andrew B. Altenburg

# ORDER CURING POST-PETITION ESCROW ADVANCES & RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 17, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtosr:  James A. Fistory & Terry A. Fistori
Case No:  16-31521-ABA
Caption of Order:  ORDER CURING POST-PETITION ESCROW ADVANCES & RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial, LLC, holder of a mortgage on real property known as 1716 Madison Street, Cinnaminson, NJ 08077, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtors' Chapter 13 plan, and and this Court having considered the representations of attorneys for Secured Creditor and Kevin Fayette, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 1, 2017, Secured Creditor has advanced $1,060.59 for taxes post-petition; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the post-petition escrow advances in the amount of $1,060.59 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that as of March 1, 2017, and for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtors shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtors do not maintain these payments, Secured Creditor can advance for these items and/or seek relief from this Court;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim will be paid off in full during the course of Debtors' Chapter 13 plan and that Secured Creditor shall amend its claim to reflect a total debt claim; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.