**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James A Fistori | Social Security number or ITIN  xxx–xx–7719 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Terry A Fistori | Social Security number or ITIN  xxx–xx–5978 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31521–ABA | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James A Fistori                                    Terry A Fistori

8/6/21

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-31521-ABA |
| James A Fistori | Chapter 13 |
| Terry A Fistori | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A Fistori, Terry A Fistori, 1716 Madison Street, Cinnaminson, NJ 08077-2619 |
| cr | + | New penn Financial, LLC d/b/a Shellpoint Mortgage, c/o Stern & Eisenberg P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516492934 | | Cinnaminson Sewer Authority, 1621 Riverton Road, P.O. Box 2100, Cinnaminson, NJ 08077-5100 |
| 517135944 | + | CitiMortgage, Inc., Powers Kirn, LLC, P.O. Box 848, Moorestown, NJ 08057-0848 |
| 518336904 | + | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518336905 | + | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd. Ewing NJ 08618-1430 |
| 516492936 | + | Colorado Capital Investments, P.O. Box 1325, Weatherford, TX 76086-1325 |
| 516492937 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 516523223 | | Ditech Financial LLC, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 516587605 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516492939 | + | Milstead & Associates, LLC., 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 517117510 | | New Penn Financial, LLC, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517117511 | | New Penn Financial, LLC, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC, P.O. Box 10675 Greenville, SC 29603-0675 |
| 517748694 | + | New penn Financial, LLC d/b/a, Shellpoint Mortgage Servicing, c/o Stern & Eisenberg P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 516492940 | | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519028578 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519028579 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as Serviced by Select Portfolio Servicing, |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516591335 | | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | CitiMortgag, Inc., PO Box 6030, Sioux Falls, SD 57117-6030 |
| 516589932 | | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | CitiMortgage, Inc, P.O. Box 688971, Des Moines, IA 50368-8971 |
| 516492935 | | EDI: CITICORP.COM | Aug 07 2021 00:23:00 | CitiMortgage, Inc., P.O. Box 9001067, Louisville, KY 40290-1067 |
| 516492938 | + | EDI: MID8.COM | Aug 07 2021 00:23:00 | Midland Funding, LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 516666515 | + | EDI: RMSC.COM | Aug 07 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 25

23541-1021

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin C. Fayette | on behalf of Debtor James A Fistori kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Joint Debtor Terry A Fistori kfayette@kevinfayette.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2020-PM6 bankruptcy@fskslaw.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor New penn Financial  LLC d/b/a Shellpoint Mortgage Servicing skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |

TOTAL: 10